**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

DAVID M. WISHNESKI,

    Plaintiff,

v.                                        Case No:   5:25-cv-191-GAP-PRL

CITY OF UMATILLA,

    Defendant

---

**ORDER**

This cause came before the Court for consideration upon Defendant City of Umatilla's ("Defendant's") Response to Order to Show Cause. Doc. 10. In its Response, Defendant acknowledges that the Court correctly concluded that its Notice of Removal, filed on March 24, 2025, was untimely. *Id.*, ¶ 3; *see also* Doc. 1; Doc. 1-1; 28 U.S.C. § 1446(b).

Accordingly, it is **ORDERED** that:

1. The Court's Order to Show Cause as to Defendant is hereby **DISCHARGED**; and

2. The Clerk is directed to **REMAND** the case to the Fifth Judicial Circuit Court in and for Lake County, Florida.

**DONE** and **ORDERED** in Orlando, Florida on April 1, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties